UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERY CALDERON,<br>　　　　　Petitioner<br>　　　v.<br>WARDEN LOZANO,<br>　　　　　Respondent. | Case No. CV 18-10266-SVW (GJS)<br><br>**JUDGMENT** |

　Pursuant to the Court's Order: Dismissing Duplicative Action; And Denying A Certificate Of Appealability,

　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: January 22, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE